IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 4:10CR3055 |
| vs. | |
| BEHAI T LY, | DISMISSAL ORDER |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion to Dismiss. (Filing No. 92.) Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the Indictment, without prejudice, as it relates to the above-captioned defendant.

**IT IS ORDERED:**

1. Plaintiff's Motion to Dismiss (Filing No. 92) is granted.
2. The Indictment is dismissed without prejudice.
3. This case is closed.

Dated this 1st day of April, 2025.

BY THE COURT:

*Susan M Bazis*

Susan M. Bazis
United States District Judge